UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **08 CR 525** |
| | ) | |
| v. | ) | Violations: Title 8, United States Code, Sections 1326(a) and (b)(2); Title 6, United States Code, Section 202(4) |
| MARTIN HURTADO-VASQUEZ | ) | |
| | ) | |

**JUDGE LINDBERG**

**MAGISTRATE JUDGE BROWN**

<u>COUNT ONE</u>

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about April 28, 2008, at Streamwood, in the Northern District of Illinois, Eastern Division,

MARTIN HURTADO-VASQUEZ,

defendant herein, an alien who previously had been deported and removed from the United States on or about December 27, 1996, October 25, 1997, March 13, 2003, and December 19, 2007, was present and found in the United States without previously having obtained the express consent of either the Secretary of the Department of Homeland Security or the Attorney General of the United States for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

FILED

JUL 0 2 2008  TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT