Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | **MAGISTRATE JUDGE COX** |
|---|---|---|---|
| CASE NUMBER | 08 GJ 629 | DATE | JULY 2, 2008 |
| CASE TITLE | US v. MARTIN HURTADO-VASQUEZ | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

---

**GRAND JURY PROCEEDING**      **JUDGE LINDBERG**

**MAGISTRATE JUDGE BROWN**

The Grand Jury for the _SPECIAL MARCH 2007_ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

---

DOCKET ENTRY:

## 08 CR 525

THE DEFENDANT IS IN THE ADMINISTRATIVE CUSTODY OF IMMIGRATION & CUSTOMS ENFORCEMENT. THE GOVERNMENT WILL WRIT THE DEFENDANT OVER AT A LATER DATE AND SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142.

**FILED**
JUL 0 2 2008  TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____  (ONLY IF FILED
OR MAGISTRATE JUDGE                  UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| | No notices required, advised in open court. | | Date docketed | |
| | No notices required. | | Docketing dpty. initials | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | Date mailed notice | |
| | Docketing to mail notices | | | |
| | Mail AO 450 form. | | Mailing dpty. initials | |
| | Copy to judge/magistrate judge. | | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |