UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.    08 CR 525 |
| | ) | |
| MARTIN HURTADO-VASQUEZ | ) | Judge George W. Lindberg |

**PETITION FOR WRIT OF HABEAS CORPUS *AD PROSEQUENDUM***

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

| | |
|---|---|
| Name: | Martin Hurtado-Vasquez |
| Date of Birth: | December 12, 1975 |
| Sex: | Male |
| Race: | Hispanic |
| Prisoner No.: | S07707 |

has been and now is, in due form and process of law, detained in the following institution:

Illinois River Correctional Center.

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with a violation of Title 8 U.S.C. § 1326(a), and is now wanted in such division and district on July 22, 2008 at 9:30 a.m. for arraignment before Judge Geraldine Soat Brown, Courtroom 1812.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus *Ad Prosequendum* directed to the following persons:

Mr. Kim Widup                               Mr. Kevin Gilson
U.S. Marshal                                Acting Warden
U.S. Marshal's Service                      Illinois River Correctional Center
219 S. Dearborn St., Suite 2444             Route 9 West
Chicago, Illinois 60604                     P.O. Box 999
                                            Canton, Illinois 60520

commanding them to produce the body of the prisoner before this Court at the specified time and date, and that the prisoner shall be so produced pursuant to the Writ, and that when these proceedings have been so terminated, that MARTIN HURTADO-VASQUEZ be returned forthwith to said institution from which he was brought.

            Respectfully submitted,

            PATRICK J. FITZGERALD
            United States Attorney


By:   s/ Steven A. Block
      STEVEN A. BLOCK
      Assistant U. S. Attorney
      (312) 886-7647

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**PETITION FOR WRIT OF HABEAS CORPUS *AD PROSEQUENDUM***

was served on July 3, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

By:    s/ Steven A. Block
       STEVEN A. BLOCK
       Assistant U. S. Attorney
       (312) 886-7647

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.    08 CR 525 |
| | ) | |
| MARTIN HURTADO-VASQUEZ | ) | Judge George W. Lindberg |

### **O R D E R**

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

    Name:                  Martin Hurtado-Vasqez
    Date of Birth:     December 12, 1975
    Sex:                   Male
    Race:                Hispanic
    Prisoner No.:     S07707

has been and now is, in due process of law, incarcerated in the following institution:

Illinois River Correctional Center, Canton, Illinois

and that said defendant is charged in the above-captioned case with a violation of Title 8, United States Code, Section 1326(a), and that said defendant should appear in this case in the United States District Court at Chicago, Illinois on July 22, 2008 at 9:30 a.m. for arraignment before Judge Geraldine Soat Brown, Courtroom 1812.

    IT IS THEREFORE ORDERED that the following persons:

| | |
|---|---|
| Mr. Kim Widup | Mr. Kevin Gilson |
| U.S. Marshal | Acting Warden |
| U.S. Marshal's Service | Illinois River Correctional Center |
| 219 S. Dearborn St., Suite 2444 | Route 9 West |
| Chicago, Illinois 60604 | P.O. Box 999 |
| | Canton, Illinois 60520 |

bring or cause to be brought before this Court, at said time on said date, in the United States Court House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas

Corpus *Ad Prosequendum* , directed to said persons, so commanding them, be issued by the Clerk of this Court.

                          E N T E R:

                          _____
                          Hon. George W. Lindberg
                          United States District Judge

DATED at Chicago, Illinois
this _____ day of July, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.    08 CR 525 |
| | ) | |
| MARTIN HURTADO-VASQUEZ | ) | Judge George W. Lindberg |

## WRIT OF HABEAS CORPUS *AD PROSEQUENDUM*

To:   Mr. Kim Widup                            Mr. Kevin Gilson
      U.S. Marshal                             Acting Warden
      U.S. Marshal's Service                   Illinois River Correctional Center
      219 S. Dearborn St., Suite 2444          Route 9 West
      Chicago, Illinois 60604                  P.O. Box 999
                                               Canton, Illinois 60520

WE COMMAND YOU that you do, at 9:30 a.m. on July 22, 2008, bring or cause to be brought before the Honorable Geraldine Soat Brown, Magistrate Judge, United States District Court for the Northern District of Illinois, Eastern Division, in the United States Court House, Chicago, Illinois, the body of:

    Name:            Martin Hurtado-Vasquez
    Date of Birth:   December 12, 1975
    Sex:             Male
    Race:            Hispanic
    Prisoner No.:    S07707

who has been and now is, in due form and process of law, incarcerated in the following institution:

    Illinois River Correctional Center, Canton, Illinois

and who is wanted for arraignment before this Court on said date and at said time.

AND FURTHER, that at the termination of the proceedings before this Court, that you

return said prisoner to said institution under safe and secure conduct.

    AND HAVE YOU THEN AND THERE THIS WRIT.

    To the Marshal of the Northern District of Illinois to execute.

    WITNESS:    The Honorable Judge George W. Lindberg
                      Judge of the United States District Court for the
                      Northern District of Illinois, Eastern Division,

        this ____day of July, 2008

                            MICHAEL W. DOBBINS
                                C L E R K

                                D E P U T Y