## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 525 - 1 | **DATE** | 7/3/2008 |
| **CASE TITLE** | USA vs. Martin Hurtado-Vasquez | | |

**DOCKET ENTRY TEXT**

Arraignment and Plea for Martin Hurtado-Vasquez set for 07/22/08 at 9:30 a.m.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | NTF |
|---|---|---|