# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 525 - 1 | **DATE** | 7/3/2008 |
| **CASE TITLE** | United States of America vs. Martin Hurtado-Vasquez | | |

**DOCKET ENTRY TEXT**

Government's petition for writ of habeas corpus ad prosequendum (5) is granted. It is hereby ordered that the United States Marshal Service, NDIL bring or cause to be brought the defendant, Martin Hurtado-Vasquez on July 22, 2008 at 9:30a.m. for arraignment before Magistrate Judge Geraldine Soat Brown, Courtroom 1812. Filed Writ of habeas corpus ad prosequendum. Enter order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

5 writs
+
5 orders
YAP
7-11-2008

| | | Courtroom Deputy Initials: | SLB |
|---|---|---|---|

U.S. DISTRICT COURT
2008 JUL 11 AM 9:37
FILED-EDC