UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | No.   08 CR 525 |
| ) | |
| MARTIN HURTADO-VASQUEZ   ) | Judge George W. Lindberg |

### ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

    Name:
    Date of Birth:
    Sex:
    Race:
    Prisoner No.:

has been and now is, in due process of law, incarcerated in the following institution:

    Illinois River Correctional Center, Canton, Illinois

and that said defendant is charged in the above-captioned case with a violation of Title 8, United States Code, Section 1326(a), and that said defendant should appear in this case in the United States District Court at Chicago, Illinois on July 22, 2008 at 9:30 a.m. for arraignment before Judge Geraldine Soat Brown, Courtroom 1812.

    IT IS THEREFORE ORDERED that the following persons:

| | |
|---|---|
| Mr. Kim Widup | Mr. Kevin Gilson |
| U.S. Marshal | Acting Warden |
| U.S. Marshal's Service | Illinois River Correctional Center |
| 219 S. Dearborn St., Suite 2444 | Route 9 West |
| Chicago, Illinois 60604 | P.O. Box 999 |
| | Canton, Illinois 60520 |

bring or cause to be brought before this Court, at said time on said date, in the United States Court House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas

Corpus *Ad Prosequendum*, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

Hon. George W. Lindberg
United States District Judge

DATED at Chicago, Illinois
this _3_ day of July, 2008