## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| CASE NUMBER | 08 CR 525 | DATE | 7/22/2008 |
| CASE TITLE | USA vs. Martin Hurtado-Vasquez | | |

### DOCKET ENTRY TEXT

Initial appearance proceedings held. Arraignment held. Defendant appears in response to his arrest on 07/22/08. Defendant informed of his rights. The court finds defendant unable to afford counsel. Enter order appointing Imani Chiphe of the Federal Defender Program as counsel for defendant. Defendant waives formal reading of indictment. Defendant enters plea of not guilty to each charge and all counts of the Indictment. Rule 16.1(A) conference to be held on or before 7/29/08. Pretrial motions shall be filed on or before 08/12/08. Response to pretrial motions shall be filed on or before 08/26/08. Status hearing before Judge Lindberg is set for 09/03/08 at 09:30 a.m. On the government's motion and the defendant not objecting, the court finds that the time until the status before the District Judge shall be excluded pursuant to 18 U.S.C. § 3161(h)(1) and *U.S. v. Tibboel*, 753 F.2d 608 (7th Cir. 1985). (X-T). Government moves for pretrial detention. Defendant does not contest the government's motion for pretrial detention at this time. This is without prejudice to defendant's right to move at a later time for pretrial release on conditions. Government's oral motion for pretrial detention is granted. Defendant shall remain in custody pending trial or until further order of the Court.

[ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:05 each event.

| | | Courtroom Deputy Initials: | NTF |
|---|---|---|---|