# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                              Case No.: 1:08−cr−00525
                                                Honorable George W. Lindberg

Martin Hurtado−Vasquez
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

MINUTE entry before the Honorable George W. Lindberg as to Martin Hurtado−Vasquez: Status hearing held. Change of plea hearing set for 10/1/2008 at 9:30a.m. Time will be excluded because doing so serves the ends of justice. Specifically, the benefits of allowing the parties to attempt to negotiate a disposition of the case before trial outweigh the interests of the public and the defendant in a speedy trial. Therefore, the Court excludes time pursuant to 18 U.S.C. section 3161(h)(8)(A). Time begins 9/3/2008. Time ends 10/1/2008. Mailed notice (slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.